IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-cr-190

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| JUSAMEL RODRIGUEZ McCREARY | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se (Doc. No. 85) to reconsider the Court's denial (Doc. No. 84: Order) of his motions to rectify the record pursuant to Fed. R. Crim. P. 36, (Doc. No. 81); for redress of grievances pursuant to the First Amendment, (Doc. No. 82); and to correct the docket, (Doc. No. 83).

The Court finds that the defendant has not shown that the Order should be altered.

**IT IS, THEREFORE, ORDERED,** that the defendant's motion to reconsider (Doc. No. 85) is DENIED.

Signed: May 3, 2012

Robert J. Conrad, Jr.
Chief United States District Judge